**Order filed July 23, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00442-CV
_____

**ALEGRIA AUTO SALES, LP; ALEGRIA MANAGER, LLC, AS GENERAL PARTNER OF ALEGRIA AUTO SALES, LP; AND D. ANDREW KLEIN A/K/A DANIEL KLEIN A/K/A ANDREW KLEIN, INDIVIDUALLY, Appellant**

**V.**

**XL PARTS PARTNERSHIP, LTD. D/B/A XL PARTS COMPANY, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-45649**

## O R D E R

The notice of appeal in this case was filed May 28, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **August 7, 2019.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM